ADAM CARMON *v.* COMMISSIONER OF CORRECTION

The petitioner Adam Carmon's petition for certification for appeal from the Appellate Court, 114 Conn. App. 484 (AC 28397), is denied.

*Paul R. Kraus,* special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided September 9, 2009